APS-338                                                                    September 21, 2006

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **06-3821**

IN RE: FREDERICK W. SMITH

Present:   SLOVITER, McKEE and FISHER, <u>CIRCUIT JUDGES</u>

Submitted are:

(1)   Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition; and

(2)   Respondent's response in the above-captioned case.

Respectfully,



Clerk

MMW/DNH/zm/slc

_____O R D E R_____

The foregoing application to file a second or successive habeas corpus petition is denied. Petitioner has not demonstrated that the claim he proposes to raise relies upon "a new rule of constitutional law" or a "factual predicate . . . [that] could not have been discovered previously through the exercise of due diligence." 28 U.S.C. § 2244(b)(2).

By the Court,

/s/ <u>D. Michael Fisher</u>
Circuit Judge

Dated: October 13, 2006
SLC/cc: Mr. Frederick W. Smith, Jr.
         C. Loren Meyers, Esq.

Marcia M. Waldron, Clerk